AARON M. MAY (SBN 207751)
Aaron.May@hygmlaw.com
S. ALBERT WANG (SBN 250163)
S.Albert.Wang@hygmlaw.com
HUANG YBARRA GELBERG & MAY LLP
550 South Hope Street, Suite 1850
Los Angeles, CA 90071
Telephone: (213) 884-4900
Facsimile: (213) 884-4910

Attorneys for Petitioner
FIRST CHOICE LABORATORY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FIRST CHOICE LABORATORY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NAVEGAR NETWORK ALLIANCE, LLC F/K/A NAVIGANT NETWORK ALLIANCE, LLC,<br><br>　　　　Respondent. | CASE NO.  2:19-cv-4658<br><br>**FINAL JUDGMENT**<br><br>Judge:<br>Dept:<br>Hearing Date:<br>Hearing Time: |

Upon the Court's consideration of Petitioner First Choice Laboratory's ("First Choice") Petition to Confirm Arbitration Award and all accompanying documents,

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED** that judgment is entered as follows:

1. The Findings of Fact, Conclusions of Law, and Final Award (the "Final Award") issued in Los Angeles, California on May 23, 2019, by Arbitrator Hon. Burton S. Katz of the American Arbitration Association, against Respondent Navegar Network Alliance, LLC f/k/a Navigant Network Alliance, LLC ("Navegar") and in favor of Petitioner First Choice is confirmed in all respects;

2. Against Navegar and in favor of First Choice for breach of contract**,** in the amount of $18,000,000;

3. Against Navegar and in favor of First Choice for willful and malicious conversion, in the amount of $18,000,000 in compensatory damages;

4. Against Navegar and in favor of First Choice for willful and malicious breach of fiduciary duty, in the amount of $18,000,000 in compensatory damages.

5. The damages amounts in paragraphs 2 through 4 are overlapping. Thus, the total judgment for compensatory damages against Navegar and in favor of First Choice is $18,000,000.

6. Section V.G of the Laboratory Services Agreement dated August 15, 2016 ("Non-Circumvention") is hereby declared unenforceable.

7. Against Navegar's counterclaims, which are dismissed with prejudice.

8. Against Navegar and in favor of First Choice for attorneys' fees in the amount of $450,000.

9. Against Navegar and in favor of First Choice for costs in the amount of $150,000.

10. Post-judgment interest shall accrue against Navegar and in favor of First Choice, from the date of the Arbitrator's Final Award forward, on the total unpaid amounts owed to First Choice at the rate of 10 percent per annum, as per Cal. Civ. Proc. Code § 685.010.

DATED: ___July 25, 2019___       By: _____
UNITED STATES DISTRICT JUDGE